## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 14 PM 1:39
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

'08 MJ 2019

In the Matter of the Search of

One Black Motorola Boost Mobile Cellular Telephone
Model number H74XAH6RR4AN
Serial number 364VFQQB09

**SEARCH WARRANT**

CASE NO.: 08CR1191-DMS

TO: United States Border Patrol Senior Agent Canyon C. Sweet and any Authorized Officer of the United States

Affidavit(s) having been made before me by Senior Agent Canyon C. Sweet, who has reason to believe that on the property or premises known as

SEE ATTACHMENT A

in the SOUTHERN District of CALIFORNIA there is now concealed a certain person or property, namely

SEE ATTACHMENT B

The application and affidavit in support of this warrant, although not attached, are specially incorporated herein by reference. I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before 7/11/08

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime-6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Hon. Barbara L. Major, U.S. Magistrate Judge, as required by law.

7/1/08 at 4:50pm at San Diego, California
Date and Time Issued    City and State

Barbara L. Major, U.S. Magistrate Judge
Name and Title of Judicial Officer

_[signature]_
Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>July 2, 2008 | DATE AND TIME WARRANT EXECUTED<br>July 10, 2008  10:00 Am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

On July 2, 2008 I took possession of one black Motorola Boost mobile cellular telephone, model # H74XAH6RR4AN, Serial # 364VFQQ309. I conducted a search of this phone on July 10, 2008.

I obtained the name, phone number and direct connect number assigned to the phone.

I obtained the list of contacts from the phone's memory, consisting of 40 entries.

I obtained the list of recent calls and recent direct connects consisting of 20 calls/contacts. These were from between 8:23 Pm on March 30, 2008 to 2:54 Am on April 1, 2008.

CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date

7/14/08
Date

U.S. Judge or Magistrate